UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LISETTE ISABEL RENTERIA,<br><br>Defendant. | CASE NO.:  20-CR-0582-JLS<br><br>ORDER GRANTING JOINT MOTION TO ALLOW DEFENDANT TO WITHDRAW GUILTY PLEA |
|---|---|

Upon the joint motion, the Court finds that there are "fair and just reason[s]" to allow Defendant to withdraw her guilty plea to the Indictment and plead guilty to the Superseding Information.

**IS IT HEREBY ORDERED** that Defendant is allowed to withdraw her guilty plea to the Information.

**IT IS SO ORDERED.**

Dated:  June 1, 2021

Hon. Janis L. Sammartino
United States District Judge